WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diana Woodmass,<br><br>  Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>  Defendant. | No. CV-14-00895-PHX-ESW<br><br>**ORDER** |

The Court has considered Application for Attorney Fees under the Equal Access to Justice Act (Doc. 48), Defendant's Response (Doc. 50), and Plaintiff's Reply (Doc. 53). Based upon a review of the record and all information presented, the Court finds that the decision of the Administrative Law Judge was not based on substantial evidence and that the Defendant's determination was not substantially justified. Therefore, Plaintiff is entitled under the Equal Access to Justice Act, 28 U.S.C. § 2412, to her reasonable attorney's fees and costs incurred.

For good cause shown,

**IT IS ORDERED** granting Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act (Doc. 48).

**IT IS FURTHER ORDERED** awarding Plaintiff her reasonable attorney's fees in the amount of $20,829.37, plus travel costs of $617.00.

Dated this 12th day of February, 2018.

                                            */s/ Eileen S. Willett*
                                        Honorable Eileen S. Willett
                                        United States Magistrate Judge